UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA MORKEVICH | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03 CV-0538 (SRU) |
| v | : | |
| | : | |
| ALFRED G. AMES, ET AL. | : | NOVEMBER 3, 2003 |
| Defendants | : | |

**JOINT STIPULATION AS TO PARTIAL**
**DISCONTINUATION AND DISMISSAL OF ACTION**

It is hereby stipulated that the action of the plaintiff Angela Morkevich against the defendants Willie Mullins and Transalliance, Inc. be: 1) discontinued and dismissed with prejudice; and 2) without cost to any of the parties.

| | |
|---|---|
| THE PLAINTIFF, | THE DEFENDANT, |
| ANGELA MORKEVICH | WILLIE L. MULLINS |
| | |
| By:_____ | By:_____ |
| Robert W. Folchetti | Jonathan A. Beatty |
| Klein & Folchetti | Esty & Buckmir, LLC |
| 15 Fisher Lane | 714 State Street |
| White Plains, NY 10603-2222 | New Haven, CT 06511 |
| (914)683-8792 | (203)495-9999 |
| CT #08902 | CT #20987 |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage pre-paid, on this date to all counsel and pro se parties of record:

Klein & Folchetti
15 Fisher Lane
White Plains, NY 10603

James E. Wildes, Esq.
Sizemore Law Offices
Six Devine Street
North Haven, CT 06473

                                                           _____
                                                           Jonathan A. Beatty
                                                           CT #20987