**FILED**

2003 NOV -5 P 2: 46

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGELA MORKEVICH<br>Plaintiff, | CIVIL ACTION NO.<br>3:03 CV-0538 (SRU) |
| v | |
| ALFRED G. AMES, ET AL.<br>Defendants | ~~OCTOBER~~ *November* 3, 2003 |

### JOINT STIPULATION AS TO PARTIAL DISCONTINUATION AND DISMISSAL OF ACTION

It is hereby stipulated that the action of the plaintiff Angela Morkevich against the defendants Willie Mullins and Transalliance, Inc. be: 1) discontinued and dismissed with prejudice; and 2) without cost to any of the parties.

| THE PLAINTIFF,<br>ANGELA MORKEVICH | THE DEFENDANT,<br>WILLIE L. MULLINS |
|---|---|
| By: *[signature]*<br>Robert W. Folchetti<br>Klein & Folchetti<br>15 Fisher Lane<br>White Plains, NY 10603-2222<br>(914)683-8792<br>CT #08902 | By: *[signature]*<br>Jonathan A. Beatty<br>Esty & Buckmir, LLC<br>714 State Street<br>New Haven, CT 06511<br>(203)495-9999<br>CT #20987 |

*Margin note (left):* disk — only. As to defendants Willie Mullins and Transalliance, Inc.

*Margin note (bottom left):* Treating this joint stipulation as a notice of dismissal under FRCP 41(a)(1), the case is hereby dismissed as to defendants Willie Mullins and Transalliance, Inc.

Stefan R. Underhill
United States District Judge
11/17/03

FILED
2003 NOV 17 P
US DISTRICT
BRIDGEPORT