FILED

2003 NOV 21  A 11: 58

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA MORKEVICH<br>Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 3:03-CV-0538 (SRU) |
| ALFRED G. AMES, ET AL<br>Defendants | : | NOVEMBER 20, 2003 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

The undersigned defendants pursuant to Local Rule 9(b) move for a 30 day extension to December 29, 2003 to respond to the plaintiff's first set of Interrogatories and Requests for Production dated October 29, 2003. The defendants request this additional time to research the voluminous documentation requested under the Code of Federal Regulations and to gather the same. The defendant certifies that there is no objection to this motion and that this is their first motion requesting time.

THE DEFENDANTS
ALFRED G. AMES and
HERMAN R. EWELL, INC.

_____
James E. Wildes
Federal Bar No.: ct02999
Sizemore Law Offices
Crossroad Corporate Park
6 Devine Street, 1st Floor
North Haven, CT 06473
(203) 407-6000

**ORAL ARGUMENT NOT REQUESTED**

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was hand-delivered or mailed, postage pre-paid via U.S. mail this 20th day of November, 2003 to:

Robert W. Folchetti
Klein & Folchetti
15 Fisher lane
White Plains, NY 10603

Jonathan A. Beatty
Esty & Buckmir, LLC
714 State Street
New Haven, CT 06511

_____
James E. Wildes