# 14

FILED

2003 NOV 21 A 11: 58

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA MORKEVICH<br>   Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 3:03-CV-0538 (SRU) |
| ALFRED G. AMES, ET AL<br>   Defendants | : | NOVEMBER 20, 2003 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The undersigned defendants pursuant to Local Rule 9(b) move for a 30 day extension to December 29, 2003 to respond to the plaintiff's first set of Interrogatories and Requests for Production dated October 29, 2003. The defendants request this additional time to research the voluminous documentation requested under the Code of Federal Regulations and to gather the same. The defendant certifies that there is no objection to this motion and that this is their first motion requesting time.

THE DEFENDANTS
ALFRED G. AMES and
HERMAN R. EWELL, INC.

James E. Wildes
Federal Bar No.: ct02999
Sizemore Law Offices
Crossroad Corporate Park
6 Devine Street, 1st Floor
North Haven, CT 06473
(203) 407-6000

**ORAL ARGUMENT NOT REQUESTED**

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk