**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

ANGELICA MORKEVICH,                    :

        Plaintiff              :

2004 JUL 15  A II: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

vs.                                    :       CIVIL ACTION NO.
                                :       3:03 CV 0538 (SRU)

ALFRED G. AMES, HERMAN R. EWELL, INC., :
WILLIE L. MULLINS and TRANSALLIANCE, INC., :       JULY 14, 2004

        Defendants            :

### *STIPULATION AND ORDER OF DISMISSAL*

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for all parties to the above entitled action, as follows:

1.    That this action against the remaining Defendants, **ALFRED G. AMES** and **HERMAN R. EWELL, INC.**, be, and hereby is dismissed (the action having been previously dismissed against defendants **WILLIE L. MULLINS** and **TRANSALLIANCE, INC.**).

2.    That defendants **ALFRED G. AMES, HERMAN R. EWELL, INC.**, or their legal representatives, shall forward to plaintiff's counsel the sum **SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS ($17,500.00)**.

3.    That the settlement check shall be made payable to "Angelica Bulpitt, and Michele Klein & Robert Folchetti, As Attorneys."

4.    That this Court shall retain jurisdiction over this action for the purpose of enforcing the terms of this settlement.

*Attorney Robert W. Folchetti, Juris No. 307970; Fed. Bar No. CT08902*
**KLEIN & FOLCHETTI**, *15 Fisher Lane, White Plains, New York 10603*
*Tel. (914) 683-8792; Fax (914) 683-8793*

*Morkevich v. Ames, et al.*                              *3:03 CV 0538 (SRU)*
*Stipulation and Order of Dismissal*                              *Page 2*

6       This stipulation may be filed without further notice with the Clerk of the Court.

The Plaintiff, Angelica                    The Defendants, Alfred G. Ames and
Bulpitt f/k/a Angelica Morkovich           Herman R. Ewell, Inc.


BY: _____            BY: _____
    ROBERT W. FOLCHETTI (CT08902)           JAMES E. WILDES (CT 02999)
    **KLEIN & FOLCHETTI**                       **SIZEMORE LAW OFFICES**
15 Fisher Lane                             Crossroads Corporate Park
White Plains, New York  10603              6 Devine Street, 1st Floor
Tel. (914) 683-8792                        North Haven, Connecticut 06473
                                           (203) 407-6000



SO ORDERED on June    , 2004



_____
**HON. STEFAN R. UNDERHILL**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was hand-delivered or mailed, postage pre-paid via U.S. mail this 14th day of July 2004 to:

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, NY 10603


_____
James E. Wildes