Case 3:03-cv-00538-SRU   Document 17   Filed 07/16/2004 

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2004 JUL 15 A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| ANGELICA MORKEVICH,<br><br>   Plaintiff<br><br>vs.<br><br>ALFRED G. AMES, HERMAN R. EWELL, INC.,<br>WILLIE L. MULLINS and TRANSALLIANCE, INC.,<br><br>   Defendants | CIVIL ACTION NO.<br>3:03 CV 0538 (SRU)<br><br>JULY 14, 2004 |

### STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for all parties to the above entitled action, as follows:

1. That this action against the remaining Defendants, **ALFRED G. AMES** and **HERMAN R. EWELL, INC.**, be, and hereby is dismissed (the action having been previously dismissed against defendants **WILLIE L. MULLINS** and **TRANSALLIANCE, INC.**).

2. That defendants **ALFRED G. AMES, HERMAN R. EWELL, INC.**, or their legal representatives, shall forward to plaintiff's counsel the sum **SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS ($17,500.00)**.

3. That the settlement check shall be made payable to "Angelica Bulpitt, and Michele Klein & Robert Folchetti, As Attorneys."

4. That this Court shall retain jurisdiction over this action for the purpose of enforcing the terms of this settlement.

*Attorney Robert W. Folchetti, Juris No. 307970; Fed. Bar No. CT08902*
**KLEIN & FOLCHETTI**, *15 Fisher Lane, White Plains, New York 10603*
*Tel. (914) 683-8792; Fax (914) 683-8793*

*Morkevich v. Ames, et al.*  3:03 CV 0538 (SRU)
**Stipulation and Order of Dismissal**  Page 2

6  This stipulation may be filed without further notice with the Clerk of the Court.

The Plaintiff, Angelica
Bulpitt f/k/a Angelica Morkovich

BY: _____
ROBERT W. FOLCHETTI (CT08902)
**KLEIN & FOLCHETTI**
15 Fisher Lane
White Plains, New York 10603
Tel. (914) 683-8792

The Defendants, Alfred G. Ames and
Herman R. Ewell, Inc.

BY: _____
JAMES E. WILDES (CT 02999)
**SIZEMORE LAW OFFICES**
Crossroads Corporate Park
6 Devine Street, 1st Floor
North Haven, Connecticut 06473
(203) 407-6000

SO ORDERED on July 14, 2004

_____
HON. STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

FILED 2004 JUL 16 P 2:46  U.S. DISTRICT COURT BRIDGEPORT, CONN

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was hand-delivered or mailed, postage pre-paid via U.S. mail this 14th day of July 2004 to:

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, NY 10603

_____
James E. Wildes